M & I AUTO SALES INC.

2410 spring st.

Dunnloring VA 22027

ISSMAIL ALCHALEH   chairman

703 989 2470

Case # 12-10297-RGM

Motion for Releaf

plaintiff

I have consignment for sale or return back eight cars [copy attaché] to MR: abed awan personal and his company cars international llc .responsibility .

MR: ABID AWAN did not return my cars back [commit fraud preach of tru

**DEFENDANT**

Mr: abid awan

7110FALCON STREET

ANNANDALE VA 22003

703 531 9795

2012 MAR 15 P 2:55
CLERK
US BANKRUPTCY COURT
ALEXANDRIA DIVISION
FILED

The above sing contract take responsible personal and his company cars international llc or return this cars back. he did not return cars back.

1- I am ask. My car Back

M and I Auto Sales Inc.

2410 Spring Street

Dunn Loring, VA 22027

703 989-2470


I have signed on Used Car Consignment Agreement to Mr. Abid Awan (copy attached). Mr. Abid Awan and Issmail Alchaleh [M AND I auto sales inc] signed on 8 cars consignments dated August 16th. 2010. MR: ABID AWAN signed contract as personal and cars international LLC, full Responsible personal. For my cars until return cars back.

Mr. Awan had a problem with his partner Mr. Nasir Khattak. Mr.: Awan and his Attorney have asked me to wait we are working for return cars back or minimum amount of my money. MR: away sign contract full responsible personal and [cars international LLC] until return my cars back As a result, I did not have my cars back .

MR: AWAN committed [ fraud preach of trust ]

The consignment agreements state it clearly that either Mr. Awan, sells the cars for the agreed price no less $ 62200.00 or return my cars back. I need my cars back.

I request to return my eight cars back or full amount of the eight cars consignments agreement or the full amount price of the eight consignments (8 cars) which is $62,200.00 plus damage costs of 6% interest and legal fee.

First and my best purity [I AM LOOKING MY CARS BACK]

3/15/12

M and I Auto Sales Inc.

Issmail Alchaleh

## Vehicle Information

19UUA5643XA040701    1999 ACURA TL, WHITE 4 door 116,645 Miles - EXEMPT (6-digit Odo)
Lic.Plate Nbr:                    State :                Exp. :
Current Owner: CA554 - M & I AUTO SALES, INC            Invoice Amount:
15017 WASHINGTON STREET, #1 HAYMARKET V Last Block Activity: 12/28/2011 9:54:32 am
Office Number: (703) 989-2470                Current Tran Acct: ADESA

| Options Activity | Announcements Commercial | Special Annc. Title | Vehicle History Inventory | Internet Financial | AACT Arbitration | IF Sale |
|---|---|---|---|---|---|---|

Owner 2 of 2

Title Owner: **AZ PRE-OWNED VEHICLES INC**
Title Nbr: **52550082**
Issue Date: **08/29/2011**  State: **Virginia**

| Date/Time | Title Status | Employee | Batch | Comment |
|---|---|---|---|---|
| 12/29/11 2:51 pm | Released | Terri Radcliffe | Y | (Released to Abid Awan) |
| 12/28/11 4:30 pm | Transferred | Ann Dooley | | |
| 12/28/11 3:06 pm | Is Transferable | Ann Dooley | | |
| 12/28/11 10:19 am | Problem | Ann Dooley | | Problem title - Title has 236,407 AMS 116,645 |

---

*Handwritten:*

M & I AUTO sales INC

This is NO Authurise also I have NO INFORMATION About this car bought by DEFENDANT under My Company "Business" Buy and sale NO Authurise and license No legal [signature]        3/15/12

-4-

# Buyer/Seller Analysis
Vehicles Purchased By
**M I AUTO SALES, INC**
12/01/2011 - 02/24/2012, All Sale Types

**Buyer: CA554-M & I AUTO SALES, INC , 15017 WASHINGTON STREET, #1 , HAYMARKET, VA 20168 (703) 989-2470**
HAV/26-AZ PRE-OWNED VEHICLES INC 9464 WINCHESTER AVENUE, BUNKER HILL, WV 25413 (304) 433-9397

| Sale Date | Lot # | Stock # | Vehicle Description | VIN | Category Code | Odometer | Sale Amt |
|---|---|---|---|---|---|---|---|
| 12/28/11 | C1 | 192573 | 1999, ACURA TL, 3.2, SEDAN, WHITE | 19UUA5643XA040701 | | 116,645M | $1,400.00 |

| | | |
|---|---|---|
| Total Number of Vehicles: | 1 | Total Sale Amount: | $1,400.00 |
| Grand Total Number of Vehicles: | 1 | Grand Total Sale Amount: | $1,400.00 |
| Grand Total Number of Sellers: | 1 | | |

# USED VEHICLE CONSIGNMENT AGREEMENT

Date **8-16-2010**

I, **M&I Auto Sales INC** (consignor), hereby agree to leave with **Cars International NLC + Personal**, VA Dealer No. **38883** (consignee), for sale my Yr **05** Make **Pontiac** Model **Grand am** Body Style **4 Dr.** VIN No. **1G2NE52E25M190532** License No. _____ (the vehicle).

This agreement begins on **09/16/2010**, and terminates on **Any Time owner Need**

I understand that my vehicle insurance must remain in effect during the consignment period. My agent is **Must cars International policy and owner of cars International Full**, Phone No. **Responsable Personal** Insurance Company _____
Policy No. _____, Coverage: Liability Limits _____
Physical Damage Deductible _____.

The vehicle is in good working order except it needs work on **N/A No Need Any Repair or Any Work or detail**

The vehicle, to my knowledge ☐ has ☑ has not been in a major accident.

Upon completion of sale, the net amount due me from the consignee shall be **Nial thasand Dollard no less than** Dollars ($ **9000.**) less any cost for repairs or detailing previously agreed to by me, or I will pay consignee **30** % of selling price which will be no lower than **of Profet** Dollars ($ _____) plus any costs for repairs or detailing previously agreed to by me. **No Need Any work OR deTailing**

I understand reasonable charges not exceeding $ _____ may be made for cleanup and detailing of the vehicle. If repairs are required during the period of consignment, consignee shall notify me and shall secure my approval before the work shall be commenced.

I acknowledge I shall be responsible for the authorized work of detailing and repairing whether or not the vehicle is sold and prior to the vehicle being returned to me.

I understand that under Virginia Law the vehicle must be safety inspected by an official inspection station after consignment and prior to sale. I agree to pay the cost of such inspection and any costs associated with bringing the vehicle into compliance with inspection standards whether or not the vehicle is sold.

I understand that if, after the end of the consignment period and return of the vehicle, I sell the vehicle to a customer who first looked at the vehicle at consignee's lot, that I shall pay a commission to consignee of 10 percent of the price received.

I warrant that I have title to the vehicle or that the title is held by the below listed lienholder and there are no other interests, liens or claims against the vehicle which are not listed below:

Name of Leinholder **N/A** Phone _____
Amount **N/A** Good Until _____ Holds Title (y) (n) _____

I hold the consignee, his agents, employees and salesmen, harmless from any loss or damage to the vehicle by fire, accident, theft, vandalism, or any other cause whatsoever. **8-16-2010**

Complete Name **M & I Auto Sales INC** Dealer **Cars International A.**
Owner(s) **Issmat Alchaieh** Address **624 S. Washington St.**
Phone: Bus **703 989 2470** Home _____ City, State, Zip **Falls church VA 22046**
Address **10517 Washington St. P.O.Box 444** Phone **703 5301060 cell 703 631 9795**
City, State, Zip **Haymarket VA 20169** By _____ Title **oo401**

Signature(s) _____ **Abid Aslam**

# USED VEHICLE CONSIGNMENT AGREEMENT

Date 8-16-2010

I, M & I Auto Sales _____ (consignor), hereby agree to leave with Cars International A. LLC _____, VA Dealer No. 38883 (consignee), for sale my Yr 00 Make Honda Model Passport Body Style TK 4X4
VIN No. 4S2CK58W714304048 License No. _____ (the vehicle).
This agreement begins on 09/16/2010, and terminates on Any Time owner

I understand that my vehicle insurance must remain in effect during the consignment period. My agent is Must cars International policy cover and cars international ownersFull, Phone No. Recposople personal + com Insurance Company _____
Policy No. _____, Coverage: Liability Limits _____
Physical Damage Deductible _____.

The vehicle is in good working order except it needs work on N/A
No need Any work or detail, Repair

The vehicle, to my knowledge ☐ has ☒ has not been in a major accident.
Upon completion of sale, the net amount due me from the consignee shall be Sixty Five Handred Dollars ($65.00) less any cost for repairs or detailing previously agreed to by me, or I will pay consignee 30 % of selling price which will be no lower than of profet Dollars ($_____) plus any costs for repairs or detailing previously agreed to by me. No Need Any Repair or detailing

I understand reasonable charges not exceeding $_____ may be made for cleanup and detailing of the vehicle. If repairs are required during the period of consignment, consignee shall notify me and shall secure my approval before the work shall be commenced.

I acknowledge I shall be responsible for the authorized work of detailing and repairing whether or not the vehicle is sold and prior to the vehicle being returned to me.

I understand that under Virginia Law the vehicle must be safety inspected by an official inspection station after consignment and prior to sale. I agree to pay the cost of such inspection and any costs associated with bringing the vehicle into compliance with inspection standards whether or not the vehicle is sold.

I understand that if, after the end of the consignment period and return of the vehicle, I sell the vehicle to a customer who first looked at the vehicle at consignee's lot, that I shall pay a commission to consignee of 10 percent of the price received.

I warrant that I have title to the vehicle or that the title is held by the below listed lienholder and there are no other interests, liens or claims against the vehicle which are not listed below:

Name of Leinholder N/A Phone _____
Amount N/A Good Until _____ Holds Title (y) (n) _____

I hold the consignee, his agents, employees and salesmen, harmless from any loss or damage to the vehicle by fire, accident, theft, vandalism, or any other cause whatsoever.

Complete Name M & I Auto Sales Dealer Cars International A. llc
of Owner(s) Issmail Alchaleh Address 624 S. Washington St.
Phone: Bus 7039892470 Home _____ P.O. Box City, State, Zip Falls church VA. 2204
Address 10517 washington St. 444 Phone 7035311060 or 703 5319795
City, State, Zip Haymarket VA. 20168 By _____ Title owner

Signatures _____ Abid Awan 8-16-2010

VIA 4/92                Reorder through VIADA: Call (757) 464-3460 or 1-(800) 394-1960

# USED VEHICLE CONSIGNMENT AGREEMENT

Date **8-16-2010**

I, **M & I AUTO Sales INC.** (consignor), hereby agree to leave with **Cars International A. LLC + Personal**, VA Dealer No. **38883** (consignee), for sale my Yr **02** Make **ACURA** Model **TL 3.2** Body Style **4 Dr** VIN No. **19UUA56712A034527** License No. _____ (the vehicle).

This agreement begins on **09/16/2010**, and terminates on **Any Time owner Nee**

I understand that my vehicle insurance must remain in effect during the consignment period. My agent is **Must cars International policy and owner Full responsible personal** Phone No. **Cars International owner** Insurance Company _____

Policy No. _____, Coverage: Liability Limits _____

Physical Damage Deductible _____.

The vehicle is in good working order except it needs work on **N/A No Need Any Repair OR Any work No Need detail**

The vehicle, to my knowledge ☐ has ☒ has not been in a major accident.

Upon completion of sale, the net amount due me from the consignee shall be **Eighty Five Hundred dollars No less than** Dollars ($ **8500.**) less any cost for repairs or detailing previously agreed to by me, or I will pay consignee **30** % of selling price which will be no lower than **of profit** Dollars ($_____) ~~plus~~ any costs for repairs or detailing previously agreed to by me. **Becuse no need**

I understand reasonable charges not exceeding $ **N/A** may be made for cleanup and detailing of the vehicle. If repairs are required during the period of consignment, consignee shall notify me and shall secure my approval before the work shall be commenced.

I acknowledge I shall be responsible for the authorized work of detailing and repairing whether or not the vehicle is sold and prior to the vehicle being returned to me.

I understand that under Virginia Law the vehicle must be safety inspected by an official inspection station after consignment and prior to sale. I agree to pay the cost of such inspection and any costs associated with bringing the vehicle into compliance with inspection standards whether or not the vehicle is sold.

I understand that if, after the end of the consignment period and return of the vehicle, I sell the vehicle to a customer who first looked at the vehicle at consignee's lot, that I shall pay a commission to consignee of 10 percent of the price received.

I warrant that I have title to the vehicle or that the title is held by the below listed lienholder and there are no other interests, liens or claims against the vehicle which are not listed below:

Name of Leinholder **N/A** Phone _____

Amount **N/A** Good Until _____ Holds Title (y) (n) _____

I hold the consignee, his agents, employees and salesmen, harmless from any loss or damage to the vehicle by fire, accident, theft, vandalism, or any other cause whatsoever. **8-16-10**

Complete Name **M & I Auto sales** Dealer **CARS International LLC A.**
Owner(s) **Issmail AlcHAIEH** Address **624 S. Washington ST.**
Phone: Bus **703 989 2470** Home _____ City, State, Zip **Falls church VA. 22046**
Address **10517 Washington ST. P.O.Box 444** Phone Cell **703 531 9795 / 703 531 1060**
City, State, Zip **Haymarket VA. 20168** By _____ Title **owner**
Signature(s) _____ **Abid Awan**

4/92   Reorder through VIADA: Call (757) 464-3460 or 1-(800) 394-1960

# USED VEHICLE CONSIGNMENT AGREEMENT

Date **9-16-2010**

I, **M & I Auto Sales Inc** _____ (consignor), hereby agree to leave with **Cars International A.LLC + Personal**, VA Dealer No. **38883** (consignee), for sale my Yr.**03** Make **ACURA** Model **TL 3.2** Body Style **4 Dr.** VIN No. **19UUA56693A053797** License No. _____ (the vehicle). This agreement begins on **09/16/2010**, and terminates on _____.

I understand that my vehicle insurance must remain in effect during the consignment period. My agent is **Must Cars International Policy and owner responsable personal**
Phone No. **Cars International owner** Insurance Company _____
Policy No. _____, Coverage: Liability Limits _____
Physical Damage Deductible _____.

The vehicle is in good working order except it needs work on **N/A No need any repair or any work**
**No need detail**

The vehicle, to my knowledge ☐ has ☑ has not been in a major accident.

Upon completion of sale, the net amount due me from the consignee shall be **Eleven thousand Dollar no less than** Dollars ($**11,000**) less any cost for repairs or detailing previously agreed to by me, or I will pay consignee **30** % of selling price which will be no lower than **of profet**. Dollars ($_____) ~~plus~~ any costs for repairs or detailing previously agreed to by me. **No need any work or detailing**

I understand reasonable charges not exceeding $_____ may be made for cleanup and detailing of the vehicle. If repairs are required during the period of consignment, consignee shall notify me and shall secure my approval before the work shall be commenced.

I acknowledge I shall be responsible for the authorized work of detailing and repairing whether or not the vehicle is sold and prior to the vehicle being returned to me.

I understand that under Virginia Law the vehicle must be safety inspected by an official inspection station after consignment and prior to sale. I agree to pay the cost of such inspection and any costs associated with bringing the vehicle into compliance with inspection standards whether or not the vehicle is sold.

I understand that if, after the end of the consignment period and return of the vehicle, I sell the vehicle to a customer who first looked at the vehicle at consignee's lot, that I shall pay a commission to consignee of 10 percent of the price received.

I warrant that I have title to the vehicle or that the title is held by the below listed lienholder and there are no other interests, liens or claims against the vehicle which are not listed below:

Name of Leinholder **N/A** Phone _____
Amount **N/A** Good Until _____ Holds Title (y) (n) _____

I hold the consignee, his agents, employees and salesmen, harmless from any loss or damage to the vehicle by fire, accident, theft, vandalism, or any other cause whatsoever. **9-16-2010**

Complete Name **M & I Auto Sales** Dealer **Cars International LLC A.**
of Owner(s) **Ismail Alchaieh** Address **624 S. Washington St.**
Phone: Bus **7039892470** Home _____ City, State, Zip **Falls Church VA 22046**
Address **10517 Washington St. P.O Box 444** Phone **703 5311060** cell **703 5819795**
City, State, Zip **Haymarket VA 20168** By _____ Title **Owner**

Signature(s) _____  **Abid Awan & Nasir Khattak**

VIA 4/92    Reorder through VIADA: Call (757) 464-3460 or 1-(800) 394-1960

# USED VEHICLE CONSIGNMENT AGREEMENT

Date __8-16-2010__

I, __M & I Auto Sales__ _____ (consignor), hereby agree to leave with
__Cars International LLC + owner Person__ VA Dealer No. __38883__ (consignee), for sale
my Yr __05__ Make __Nissan__ Model __Altema 3.5__ Body Style __4 Dr.__
VIN No. __1N4BL11D15C129691__ License No. _____ (the vehicle).
This agreement begins on _____, and terminates on _____.

I understand that my vehicle insurance must remain in effect during the consignment period. My agent
is __Must cars International policy and cars International owner Full Responsal__
Phone No. __Personal + company__ Insurance Company _____
Policy No. _____, Coverage: Liability Limits _____
Physical Damage Deductible _____.

The vehicle is in good working order except it needs work on __N/A__
__No need Any Repair oR Any work oR detail__

The vehicle, to my knowledge ☐ has ☑ has not been in a major accident.

Upon completion of sale, the net amount due me from the consignee shall be __11500.00 Eleven
Thousand Five hundred__ Dollars ($__11500.00__) less any cost for repairs or detailing
previously agreed to by me, or I will pay consignee __30__% of selling price which will be no lower than
__of profet__ Dollars ($_____) plus any costs for repairs or
detailing previously agreed to by me. __No Need Any work oR detailing__

I understand reasonable charges not exceeding $_____ may be made for cleanup and detailing
of the vehicle. If repairs are required during the period of consignment, consignee shall notify me and shall
secure my approval before the work shall be commenced.

I acknowledge I shall be responsible for the authorized work of detailing and repairing whether or not
the vehicle is sold and prior to the vehicle being returned to me.

I understand that under Virginia Law the vehicle must be safety inspected by an official inspection
station after consignment and prior to sale. I agree to pay the cost of such inspection and any costs associated
with bringing the vehicle into compliance with inspection standards whether or not the vehicle is sold.

I understand that if, after the end of the consignment period and return of the vehicle, I sell the vehicle
to a customer who first looked at the vehicle at consignee's lot, that I shall pay a commission to consignee
of 10 percent of the price received.

I warrant that I have title to the vehicle or that the title is held by the below listed lienholder and there
are no other interests, liens or claims against the vehicle which are not listed below:

Name of Leinholder __N/A__ Phone _____
Amount __N/A__ Good Until _____ Holds Title (y) (n) _____

__8-16-2010__

I hold the consignee, his agents, employees and salesmen, harmless from any loss or damage to the
vehicle by fire, accident, theft, vandalism, or any other cause whatsoever.

Complete Name __M & I Auto Sales__       Dealer __Cars International A. LLC__
Owner(s) __Issmai'l Alchaleh__           Address __624 S. Washington St.__
Phone: Bus __703 9892470__ Home _____    City, State, Zip __Falls Church VA. 22046__
                                 P.O. Box
Address __10517 Washington St.__ 444     Phone __703 5311060__ Cell __703 5319795__
City, State, Zip __Haymarket VA 20168__  By __[signature]__ Title __owner__

Signature(s) __[signature]__            __Abid Awan & Nasir Khattak__

4/82                                     Reorder through VIADA: Call (757) 464-3460 or 1-(800) 394-1960

# USED VEHICLE CONSIGNMENT AGREEMENT

Date **8-16-2010**

I, **M & I Auto sales** (consignor), hereby agree to leave with **Cars International A.**, VA Dealer No. **38883** (consignee), for sale my Yr. **01** Make **ISUZU** Model **Rodeo** Body Style **TK SUV** VIN No. **4S2CK58W714304048** License No. _____ (the vehicle).

This agreement begins on _____, and terminates on _____.

I understand that my vehicle insurance must remain in effect during the consignment period. My agent is **Most cars International policy cover in full and cars International ow** Phone No. **owner Abid Awan, Full** Insurance Company **Responsople as company +** Policy No. **Personal**, Coverage: Liability Limits _____
Physical Damage Deductible _____.

The vehicle is in good working order except it needs work on _____
**No need Any Repair oR work oR detail**

The vehicle, to my knowledge ☐ has ☐ has not been in a major accident.

Upon completion of sale, the net amount due me from the consignee shall be **Seventy Five Hundred** Dollars ($**7500.**) less any cost for repairs or detailing previously agreed to by me, or I will pay consignee **20** % of selling price which will be no lower than **of profet** Dollars ($_____) plus any costs for repairs or detailing previously agreed to by me. **No need Any Repair oR detailing**

I understand reasonable charges not exceeding $_____ may be made for cleanup and detailing of the vehicle. If repairs are required during the period of consignment, consignee shall notify me and shall secure my approval before the work shall be commenced.

I acknowledge I shall be responsible for the authorized work of detailing and repairing whether or not the vehicle is sold and prior to the vehicle being returned to me.

I understand that under Virginia Law the vehicle must be safety inspected by an official inspection station after consignment and prior to sale. I agree to pay the cost of such inspection and any costs associated with bringing the vehicle into compliance with inspection standards whether or not the vehicle is sold.

I understand that if, after the end of the consignment period and return of the vehicle, I sell the vehicle to a customer who first looked at the vehicle at consignee's lot, that I shall pay a commission to consignee of 10 percent of the price received.

I warrant that I have title to the vehicle or that the title is held by the below listed lienholder and there are no other interests, liens or claims against the vehicle which are not listed below:

Name of Leinholder **N/A** Phone _____
Amount **N/A** Good Until _____ Holds Title (y) (n) _____

I hold the consignee, his agents, employees and salesmen, harmless from any loss or damage to the vehicle by fire, accident, theft, vandalism, or any other cause whatsoever.

Complete Name **M & I Auto sales** Dealer **Cars International A. LLC**
Owner(s) **Issmail Alchaieh** Address **624 S. Washington St.**
Phone: Bus **703 989 2470** Home **P.O.Box** City, State, Zip **Falls church VA 22046**
Address **10517 Washington St. 444** Phone **703 5311060 / cell 703 5219795**
City, State, Zip **Haymarket VA. 20168** By _____ Title **owo**

8-16-2010

Signature(s) _____ _____

4/92    Reorder through VIADA: Call (757) 484-3460 or 1-(800) 394-1960

# USED VEHICLE CONSIGNMENT AGREEMENT

Date 8-16-2010

I, M & I Auto Sales _____ (consignor), hereby agree to leave with Cars International A. LLC _____, VA Dealer No. 38883 (consignee), for sale my Yr 95 Make Toyota Model Camry V6 Body Style 4 Dr.
VIN No. 4T1GK12E0SU086649 License No. _____ (the vehicle).
This agreement begins on _____, and terminates on _____.

I understand that my vehicle insurance must remain in effect during the consignment period. My agent is Must Cars International Apolicy cover and Cars International A., Phone No. Owners Fully Resposople Insurance Company _____
Policy No. Personale, Coverage: Liability Limits _____
Physical Damage Deductible _____.

The vehicle is in good working order except it needs work on N/A
No Need Any work Repair or deTail

The vehicle, to my knowledge ☐ has ☐ has not been in a major accident.
Upon completion of sale, the net amount due me from the consignee shall be Four Thousand Dollars _____ Dollars ($ 4000.00) less any cost for repairs or detailing previously agreed to by me, or I will pay consignee 30 % of selling price which will be no lower than of Prefot _____ Dollars ($_____) plus any costs for repairs or detailing previously agreed to by me. Ne need Repair OR deTarling

I understand reasonable charges not exceeding $_____ may be made for cleanup and detailing of the vehicle. If repairs are required during the period of consignment, consignee shall notify me and shall secure my approval before the work shall be commenced.

I acknowledge I shall be responsible for the authorized work of detailing and repairing whether or not the vehicle is sold and prior to the vehicle being returned to me.

I understand that under Virginia Law the vehicle must be safety inspected by an official inspection station after consignment and prior to sale. I agree to pay the cost of such inspection and any costs associated with bringing the vehicle into compliance with inspection standards whether or not the vehicle is sold.

I understand that if, after the end of the consignment period and return of the vehicle, I sell the vehicle to a customer who first looked at the vehicle at consignee's lot, that I shall pay a commission to consignee of 10 percent of the price received.

I warrant that I have title to the vehicle or that the title is held by the below listed lienholder and there are no other interests, liens or claims against the vehicle which are not listed below:

Name of Leinholder N/A Phone_____
Amount N/A Good Until_____ Holds Title (y) (n)_____

I hold the consignee, his agents, employees and salesmen, harmless from any loss or damage to the vehicle by fire, accident, theft, vandalism, or any other cause whatsoever.

Complete Name M & I Auto Sales Dealer Cars International A. LLC
of Owner(s) Issmail AlcHaleh Address 634 S. Washington st.
Phone: Bus 7039892470 Home _____ P.O. Box City, State, Zip Falls Church VA 22046
Address 10517 Washington st. 444 Phone 703 5311060 Cell 703 531 9795
City, State, Zip Haymarket VA, 20168 By _____ Title Owner
Signature(s) _____ Abid Awan 8-16-2010

VIA 4/92                                        Reorder through VIADA: Call (757) 464-3460 or 1-(800) 394-1960

# USED VEHICLE CONSIGNMENT AGREEMENT

Date 8-16-2010

I, M & I Auto Sales _____ (consignor), hereby agree to leave with
Cars International A, LLC _____, VA Dealer No. 38863 (consignee), for sale
my Yr. 00 Make MAzda Model 626 Body Style 4 Dr.
VIN No. 1YVGF22C4Y5138438 License No. _____ (the vehicle).
This agreement begins on _____, and terminates on _____.

I understand that my vehicle insurance must remain in effect during the consignment period. My agent
is Must Cars International policy full cover and cars International A. owner
Phone-No. Full Responsible Personal Insurance Company _____
Policy No. _____, Coverage: Liability Limits _____
Physical Damage Deductible _____.

The vehicle is in good working order except it needs work on N/A
No need any work or detail or repair

The vehicle, to my knowledge ☐ has ☐ has not been in a major accident.
Upon completion of sale, the net amount due me from the consignee shall be Fourty Two
hundred _____ Dollars ($ 4200 ) less any cost for repairs or detailing
previously agreed to by me, or I will pay consignee 30 % of selling price which will be no lower than
of profet _____ Dollars ($_____) plus any costs for repairs or
detailing previously agreed to by me. No need any repair or detailing

I understand reasonable charges not exceeding $_____ may be made for cleanup and detailing
of the vehicle. If repairs are required during the period of consignment, consignee shall notify me and shall
secure my approval before the work shall be commenced.

I acknowledge I shall be responsible for the authorized work of detailing and repairing whether or not
the vehicle is sold and prior to the vehicle being returned to me.

I understand that under Virginia Law the vehicle must be safety inspected by an official inspection
station after consignment and prior to sale. I agree to pay the cost of such inspection and any costs associated
with bringing the vehicle into compliance with inspection standards whether or not the vehicle is sold.

I understand that if, after the end of the consignment period and return of the vehicle, I sell the vehicle
to a customer who first looked at the vehicle at consignee's lot, that I shall pay a commission to consignee
of 10 percent of the price received.

I warrant that I have title to the vehicle or that the title is held by the below listed lienholder and there
are no other interests, liens or claims against the vehicle which are not listed below:

Name of Leinholder N/A _____ Phone _____
Amount N/A Good Until _____ Holds Title (y) (n) _____

I hold the consignee, his agents, employees and salesmen; harmless from any loss or damage to the
vehicle by fire, accident, theft, vandalism, or any other cause whatsoever. 8-16-2010

Complete Name M & I Auto Sales Dealer Cars International A. LLC
Owner(s) Issmail Alchaleh Address 624 S. Washington St.
Phone: Bus 7039892470 Home ___ P.O. Box City, State, Zip Falls Church VA 22046
Address 10517 Washington St. 444 Phone 703 5311060 / cell 703 531 9795
City, State, Zip Haymarket VA. 20168 By _____ Abid Awan / Title owner

Signature(s) _____  Omar Awan & Nasir Khattak

1/4/92                                           Reorder through VIADA: Call (757) 464-3460 or 1-(800) 394-1960

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing was sent via first class mail to the U.S. Trustee, Trustee and all interested parties on this ___thurday___ day of __MARch_____, 20__12__.